UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

RONNIE L. GREASHAM,

    Plaintiff,

        v.

Commissioner of
Social Security,

    Defendant.

Case No. 1:08-cv-01204-GSA

ORDER

Pursuant to the stipulation of the parties filed on March 5, 2009, Plaintiff is GRANTED an extension of time, up to and including March 25, 2009, in which to serve his opening brief.

IT IS SO ORDERED.

**Dated:** **March 6, 2009**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE