Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _rohlfing_office@speakeasy.net

Attorneys for Plaintiff
RONNIE GREASHAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RONNIE GREASHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:08-CV-1204 GSA<br><br>SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE |

    Plaintiff Ronnie Greasham ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 20, 2009; and that Defendant shall have an extension of time until May 20, 2009, to file his opposition, if any is forthcoming.

    An extension of time for plaintiff is needed in order to properly address the issues presented within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

| | | |
|---|---|---|
| DATE: April 6, 2009 | | Respectfully submitted, |
| | | LAW OFFICES OF LAWRENCE D. ROHLFING |

                                         /s/ Steven G. Rosales
BY: _____
     Steven G. Rosales
     Attorney for plaintiff RONNIE GREASHAM

DATED: April 6, 2009       McGREGOR W. SCOTT
                                        United States Attorney

                                          */S/-*Shea Bond*

                                          _____
                                          Shea Bond
                                          Special Assistant United States Attorney
                                          Attorney for Defendant
                                          [*By via email authorization on 4/6/09]

1 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 20, 2009, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 20, 2009 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE: April 9, 2009.

____/s/ Gary S. Austin_____
THE HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE