UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. GREASHAM, ) | Case No.: 08-cv-01204 GSA |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) | (Doc. 24) |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights, the amount of $4,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Plaintiff's motion for attorney fees filed on January 29, 2010 is DENIED without prejudice as the stipulation renders the motion moot. (Doc. 24).

DATE:  February 11, 2010         /s/ Gary S. Austin
                                 The Honorable Gary S. Austin
                                 United States Magistrate Judge